UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS A. FORBES** : | |
| Petitioner : | CIVIL ACTION NO. 3:20-0822 |
| v. : | (JUDGE MANNION) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| Respondent | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Kentucky, due to this Court's lack of jurisdiction over the matter. See 28 U.S.C. §1404(a); 28 U.S.C. §1406(a).

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 16, 2020**
20-0822-01-Order